UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ARCH SPECIALTY INSURANCE COMPANY, | ) ) ) | Case No.: 1:06 CV 704 |
| Plaintiff | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | |
| J. G. MARTIN, INC. d/b/a MCDONALD'S, *et al.*, | ) ) ) | |
| Defendants | ) | <u>JUDGMENT ENTRY</u> |

Pursuant to its order of November 15, 2007, which granted summary judgment to Plaintiff Arch Specialty Insurance Company on its claim for declaratory judgment and on the counterclaim of Defendant, J.G. Martin, Inc., for breach of contract (ECF No. 43), the court hereby enters judgment accordingly.

In light of the fact that Defendant's counterclaim for bad faith remains pending, which the parties agree should not be litigated until the conclusion of any appeal that may be pursued in regard to the above-described claim, the court finds that there is no reason that the case should remain open on the docket. Accordingly, the court hereby administratively closes the instant case, and will

reopen it upon conclusion of any appeal regarding the claims for declaratory judgment and breach of contract.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

November 30, 2007